UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

```
--------------------------------------------------------
```
THE CINCINNATI INSURANCE        )
COMPANY a/s/o                   )
GABLES AT EAST MOUNTAIN         )
                                )
            vs.                 )        Civil Action No. 1:08-cv-267
                                )
JOHN A. RUSSELL CORPORATION     )
a/k/a d/b/a RUSSELL CONSTRUCTION )
SERVICES a/k/a d/b/a RUSSELL     )
CONSTRUCTION; J & R SPRINKLER   )
COMPANY, DAYCO, INC.; ALLIED    )
CONSULTING ENGINEERING          )
SERVICES, INC.; and, RCM MODULAR )
a/k/a d/b/a RCM MODULAIRE       )
```
--------------------------------------------------------
```

## DISCOVERY CERTIFICATE

Joshua L. Simonds, Esq., a member of the Bar of this Court, and counsel of record

to the Plaintiff in the above-captioned action, certifies that on May 14, 2009, he served:

Plaintiff's Initial Rule 26(a)(1) Disclosures, upon:

Thomas P. Aicher, Esq.
Cleary Shahi & Aicher, PC
110 Merchants Row
P.O. Box 6740
Rutland, VT 05702-6740

Bret P. Powell, Esq.
Powell Orr & Bredice PLC
400 Cornerstone Drive, Ste. 240
Williston, VT 05495

Philip C. Woodward, Esq.
Woodward & Kelley PLLC
1233 Shelburne Rd., Ste. D-3
South Burlington, VT 05403

Pietro J. Lynn, Esq.
Lynn, Lynn & Blackman, PC
76 St. Paul Street, Suite 400
Burlington, VT 05401

Richard J. Windish
Hayes & Windish PC
45 Pleasant Street
Woodstock, VT 05091

by depositing true and correct copies thereof in the custody of the United States Postal
Service, postage prepaid and properly addressed.

Dated:  May 14, 2009

/s/ Joshua L. Simonds, Esq.
MERTZ, TALBOTT & SIMONDS, PLC
126 College Street, Suite 305
P.O. Box 1398
Burlington, VT 05402-1398
Tel:  (802) 660-4800
E-mail:  jsimonds@mtslegal.com